James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS ALLEN FALLS,<br><br>Defendant. | 2:10-CR-138 JCM (VCF) |

**ORDER**

Presently before the court is defendant Dennis Allen Falls' *pro se* motion to seal judgment. (Doc. #79).

Federal Public Defender Raquel Lazo has appeared for defendant in this case. (Doc. #59). Therefore, pursuant to Local Rule IA 10-6(a), defendant cannot file *pro se* motions. *See* Local Rule IA 10-6(a) (stating "[a] party who has appeared by attorney cannot while so represented appear or act in the case").

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Dennis Allen Falls' *pro se* motion to seal judgment (doc. #79) be, and the same hereby is, DENIED.

DATED December 19, 2011.

_____
UNITED STATES DISTRICT JUDGE